No. 90–6190. HENDERSON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied. 

No. 90–6219. BROWN v. MAINE DEPARTMENT OF INLAND FISHERIES AND WILDLIFE. Sup. Jud. Ct. Me. Certiorari denied. 

No. 90–6238. TOFFLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 90–6244. LAMB v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 90–6363. LOUIS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 90–6405. ROSS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 90–6429. ROMO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 90–6464. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6474. ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–6475. SAN FILIPPO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6487. POSEY v. UNITED STATES ARMY. C. A. 3d Cir. Certiorari denied. 

No. 90–6509. RHODES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 90–6530. MUINA v. EL GUAJIRO GANG ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–6533. PARTOUT v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 90–6563. CHINAGOROM v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–6584. FLETCHER v. UGAST, CHIEF JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.